IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ASHLEY MCNEAL, | : | Case No. 3:23-cv-00013 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| SERENE HOME HEALTH SERVS., | : | |
| Defendants. | : | |

# ORDER

On October 16, 2023, Counsel for Defendant moved for leave to withdraw from this matter. (Doc. No. 18.) The Court granted that Order and stayed these proceedings for thirty days so as to afford Defendant an opportunity to obtain new counsel. (Doc. No. 19.) That stay has concluded and no attorney has entered an appearance on Defendant's behalf.

As a corporate entity, Defendant "may not proceed *pro se* but must be represented by licensed counsel." *Corey Lea Inc. v. United States Dep't of Agric.*, 2013 U.S. App. LEXIS 26305, at *4 (6th Cir. 2013) (italics added). *See also Edgar v. Westchester Parkway Consulting LLC*, 2:21-CV-00533, 2023 WL 6520357, at *1 (S.D. Ohio 2023) (Jolson, M.J.). Thus, if Defendant does not obtain representation by a licensed attorney, the Court may find that Defendant "has failed to plead or otherwise defend" in this case and is therefore subject to default judgment. *See* Fed. R. Civ. P. 55(a); *Edgar*, 2023 WL 6520357, at *1.

Accordingly, the Court **ORDERS** Defendant to obtain counsel in this matter. That counsel is then **ORDERED** to enter a notice of appearance no later than **THIRTY (30) DAYS** from the date of this Order. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE DISTRICT JUDGE ENTER DEFAULT JUDGMENT AGAINST DEFENDANT PURSUANT TO FED. R. CIV. P. 55.**

**IT IS SO ORDERED**.

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

Procedure on Objections

Pursuant to Fed. R. Civ. P. 72(a), any party may serve and file specific, written objections within **FOURTEEN** days after being served with this Order. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to **SEVENTEEN** days if this Order is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), or (F). Such objections shall specify the portions of the Order objected to and shall be accompanied by a memorandum of law in support of the objections. If the Order is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within **FOURTEEN** days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).