UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Ashley McNeal,** *et al.***,**

        *Plaintiffs***,**          Case No. 3:23-cv-013
v.          District Judge Thomas M. Rose
        Magistrate Judge Caroline H. Gentry

**Serene Home Health Services, LLC,** *et al.***,**

        *Defendants***.**

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (DOC. 40), GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (DOC. 39), AND TERMINATING CASE.**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge. (Doc. 40.) The Report and Recommendation is unopposed. Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and

Recommendations (Doc. 40) in its entirety. **JUDGMENT** is entered **in favor of Plaintiffs against Defendants** in the amount of $39,071.44 ($2,754.00 in damages to Plaintiff McNeal, $9,847.83 in damages to Plaintiff Slusher, $25,580.00 in attorneys' fees, and $889.61 in costs), plus post-judgment interest at the statutory rate identified in 28 U.S.C. § 1961 until the judgment is satisfied. The instant case is **TERMINATED** on the Dockets of the United States District Court, Western Division at Dayton.

    **DONE** and **ORDERED** this Wednesday, January 08, 2025.

                                                                          s/THOMAS M. ROSE

                                                                          THOMAS M. ROSE
                                                                          UNITED STATES DISTRICT JUDGE